UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS FRAUSTO-PEREZ,<br><br>Defendants. | CASE NO.:   22CR0710-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/ TRIAL SETTING |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for May 20, 2022, at 1:30 p.m. be continued to June 17, 2022, at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by May 20, 2022.

It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  May 17, 2022

Hon. Janis L. Sammartino
United States District Judge